UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARINA ISKHAKOVA, on behalf of herself
and all others similarly situated,

                   Plaintiff

    v.

AERO LTD.,

                   Defendant.
----------------------------------------------------------------X

JUDGMENT
22-cv-4799 (CBA) (TAM)

A Memorandum and Order of the Honorable Carol B. Amon, United States District Judge, having been filed on August 4, 2023, granting Aero's Rule 12(b)(l) motion; it is

ORDERED and ADJUDGED that Aero's Rule 12(b)(l) motion is granted.

Dated: Brooklyn, New York
       August 8, 2023

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
       Deputy Clerk